UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMON ALEJANDRO FRANCO SANTANA,

Petitioner,

v.

WARDEN, DETENTION FACILITY, et al.,

Respondents.

No.  1:26-cv-00495 JLT SKO (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS
(Doc. 6)

ORDER DISMISSING PETITION WITHOUT PREJUDICE AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE

Ramon Alejandro Franco Santana is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2026, the assigned Magistrate Judge issued Findings and Recommendations to summarily dismiss the petition.  (Doc. 6.)  The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 21 days.  (Doc. 6.)  Over 21 days have passed, and no party has filed objections. The Court notes that the documents served on Petitioner were returned on February 5 and 10, 2026, as undeliverable with notation that Petitioner was not in custody.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

1

case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 23, 2026, (Doc. 6), are **ADOPTED** in full.

2. The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **February 21, 2026**

UNITED STATES DISTRICT JUDGE

2